IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

AARON EVANS-JACKSON,

                  Plaintiff,                  OPINION & ORDER

  v.

                                                     14-cv-751-wmc

GOODMAN COMMUNITY CENTER and
BECKY STEINHOFF,

                  Defendants.
_____

*Pro se* plaintiff Aaron Evans-Jackson brought this lawsuit against his former employer, the Goodman Community Center, and its director, Becky Steinhoff, alleging discrimination. Evans-Jackson attempted to serve the defendants, but he made several errors and ultimately failed to perfect service by March 3, 2015. He also failed to provide either defendant with forms to waive service of process. In an order dated April 2, 2015, the court noted the problems with service and directed Evans-Jackson either to perfect service or to obtain a written waiver of service no later than May 4, 2015. (Dkt. #7.) To date, Evans-Jackson has done neither. He was previously admonished that failure to accomplish service would result in dismissal of his case without further notice pursuant to Fed. R. Civ. P. 41(b). Accordingly,

ORDER

      IT IS ORDERED that this case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

      Entered this 13th day of May, 2015.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        WILLIAM M. CONLEY
                                        District Judge