IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AARON EVANS-JACKSON,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                         14-cv-751-wmc

GOODMAN COMMUNITY CENTER and
BECKY STEINHOFF,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

    /s/                                                             5/13/2015

Peter Oppeneer, Clerk of Court                         Date